ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta

JUN 1 5 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL INDICTMENT |
| v. | : | NO. |
| | : | 1:10CR0265 |
| TYRONE BOYD, | : | |
| KEVON KERR, | : | |
| LAWANDA MITCHELL, and | : | |
| ASHUANA TURNER | : | |

Defendants.

THE GRAND JURY CHARGES:

COUNTS 1 - 42
18 U.S.C. §§ 1028(a)(7) and 2

Identity Theft

On or about the dates listed below in Column B, in the Northern District of Georgia and elsewhere, defendants TYRONE BOYD, KEVON KERR, LAWANDA MITCHELL, and ASHUANA TURNER, aided and abetted by each other and others known and unknown to the grand jury, did knowingly transfer, possess and use, without lawful authority, the means of identification of another person listed below in Column C, with the intent to commit, and in connection with, an unlawful activity that constitutes a violation of Federal law, namely, theft and conversion of money of the United States in violation of Title 18, United States Code, Sections 641.

| A | B | C |
|---|---|---|
| Count | Date | Means of Identification |
| 1 | 3/31/2010 | Social Security Number of N. B. : XXX-XX-4344 |
| 2 | 3/31/2010 | Social Security Number of C. S.: XXX-XX-3504 |
| 3 | 3/31/2010 | Social Security Number of R. G.: XXX-XX-0525 |
| 4 | 3/31/2010 | Social Security Number of T. S. : XXX-XX-5167 |
| 5 | 3/31/2010 | Social Security Number of M. T.: XXX-XX-9204 |
| 6 | 3/31/2010 | Social Security Number of J. D.: XXX-XX-3980 |
| 7 | 3/31/2010 | Social Security Number of C. B.: XXX-XX-7262 |
| 8 | 3/31/2010 | Social Security Number of E. C.: XXX-XX-7040 |
| 9 | 3/31/2010 | Social Security Number of B. C. XXX-XX-3521 |
| 10 | 3/31/2010 | Social Security Number of J. A.: XXX-XX-0812 |
| 11 | 3/31/2010 | Social Security Number of N. E.: XXX-XX-2081 |
| 12 | 3/31/2010 | Social Security Number of S. J.: XXX-XX-9778 |
| 13 | 3/31/2010 | Social Security Number of C. T.: XXX-XX-2024 |
| 14 | 3/31/2010 | Social Security Number of S. L.: XXX-XX-2326 |
| 15 | 3/31/2010 | Social Security Number of S. M.: XXX-XX-8896 |
| 16 | 3/31/2010 | Social Security Number of J. W.: XXX-XX-2694 |
| 17 | 3/31/2010 | Social Security Number of A. S.: XXX-XX-5896 |
| 18 | 3/31/2010 | Social Security Number of K. G.: XXX-XX-2660 |
| 19 | 3/31/2010 | Social Security Number of T. T.: XXX-XX-5798 |
| 20 | 3/31/2010 | Social Security Number of M. M.: XXX-XX-2420 |

| A | B | C |
|---|---|---|
| Count | Date | Means of Identification |
| 21 | 3/31/2010 | Social Security Number of C. C.: XXX-XX-9322 |
| 22 | 3/31/2010 | Social Security Number of J. S.: XXX-XX-4116 |
| 23 | 3/31/2010 | Social Security Number of D. H.: XXX-XX-8492 |
| 24 | 3/31/2010 | Social Security Number of J. T.: XXX-XX-7057 |
| 25 | 4/1/2010 | Social Security Number of R. K.: XXX-XX-9797 |
| 26 | 4/1/2010 | Social Security Number of J. T.: XXX-XX-5914 |
| 27 | 4/1/2010 | Social Security Number of Q. F.: XXX-XX-5239 |
| 28 | 4/1/2010 | Social Security Number of B. P.: XXX-XX-6931 |
| 29 | 4/1/2010 | Social Security Number of T. A.: XXX-XX-2877 |
| 30 | 4/1/2010 | Social Security Number of D. K.: XXX-XX-5797 |
| 31 | 4/1/2010 | Social Security Number of J. G.: XXX-XX-0237 |
| 32 | 4/1/2010 | Social Security Number of C. S.: XXX-XX-2659 |
| 33 | 4/1/2010 | Social Security Number of P. A.: XXX-XX-5649 |
| 34 | 4/1/2010 | Social Security Number of K. F.: XXX-XX-3559 |
| 35 | 4/1/2010 | Social Security Number of S. K.: XXX-XX-7679 |
| 36 | 4/1/2010 | Social Security Number of J. I.: XXX-XX-4148 |
| 37 | 4/1/2010 | Social Security Number of A. R.: XXX-XX-4629 |
| 38 | 4/1/2010 | Social Security Number of J. C.: XXX-XX-6600 |
| 39 | 4/1/2010 | Social Security Number of T. W.: XXX-XX-8184 |
| 40 | 4/1/2010 | Social Security Number of J. M.: XXX-XX-6215 |

| A | B | C |
|---|---|---|
| Count | Date | Means of Identification |
| 41 | 4/1/2010 | Social Security Number of A. L. Jr.: XXX-XX-0971 |
| 42 | 4/1/2010 | Social Security Number of J. M.: XXX-XX-5984 |

All in violation of Title 18, United States Code, Sections 1028(a)(7) and 2.

## FORFEITURE PROVISION

1. The allegations contained in Counts 1 - 42 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1028(b)(5).

2. Upon conviction of the offenses in violation of Title 18, United States Code, Section 1028 set forth in Counts 1 - 42 of this Indictment, the defendants TYRONE BOYD, KEVON KERR, LAWANDA MITCHELL, and ASHUANA TURNER, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations, and pursuant to Title 18, United States Code, Section 1028(b)(5), any personal property used or intended to be used to commit the offenses. The property to be forfeited includes, but is not limited to:

    a. MONEY JUDGMENT: A sum of money in United States

currency representing the amount of money involved in the identity theft offenses, or conspiracy to commit such offenses.

3. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1028(g), and Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. §§ 982(a)(2)(B) & 1028(b)(5) and 28 U.S.C. § 2461(c).

A ___TRUE___ BILL

_____
FOREMAN

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

BRIAN M. PEARCE
ASSISTANT UNITED STATES ATTORNEY
600 United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303
404/581-6217
FAX (404) 581-6181
Georgia Bar No. 568768